## McKay Engineering and Construction Company, Appellant, v. Sanitary District of Chicago, Appellee.

### Gen. No. 44,110.

opinion filed June 21, 1948; released for publication September 9, 1948. John J. Dowdle and Eugene P. Kealy, for appellant; Martin Ward, of counsel; Ernst Buehler, Lawrence J. Fenlon and Richard R. Young, for appellee. Opinion by JUSTICE SCANLAN. **Not to be published in full.**

